UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DENNIS SUMLIN, on behalf of himself and all
others similarly situated,

                                  Plaintiff,

-against-

FOODTOWN, INC.,

                                  Defendant.
-------------------------------------------------------------- X

24-CV-08601 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS on March 7, 2025, the parties appeared for an initial pretrial conference.

       IT IS HEREBY ORDERED that Defendant's deadline to answer or otherwise respond to the Complaint is ADJOURNED to **Friday, March 28, 2025**.

**SO ORDERED.**

Date:  March 7, 2025
       New York, New York

                                                    **VALERIE CAPRONI**
                                                   **United States District Judge**